# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| TRANSCOURT TANK LEASING INC., <br><br> Plaintiff, <br><br> v. <br><br> LEPRECHAUN LANE TRANSPORT COMPANY, INC., <br><br> Defendant. | Civil Action No. _____ <br><br> **COMPLAINT** <br><br> *Jury Trial Demanded* |

Plaintiff Transcourt Tank Leasing Inc. ("Transcourt"), by and through its undersigned counsel, hereby submits this Complaint against Defendant Leprechaun Lane Transport Company, Inc. ("Leprechaun"), and alleges as follows:

## PARTIES

1. At all relevant times, Transcourt was and is a Delaware corporation with its principal place of business at 15634 Wallinsville Road, Suite 800-128, Houston, Texas 77049.

2. At all relevant times, Leprechaun was and is a Florida corporation, with its principal place of business at 9301 W. Hwy 316, Reddick, Florida 32686.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332. The amount in controversy exceeds $75,000.

4. Venue is proper and Leprechaun is subject to personal jurisdiction in the United States District Court for the District of Delaware because the contract entered into between Transcourt and Leprechaun make Delaware courts the exclusive forum for disputes arising thereunder.

**FACTUAL BACKGROUND**

5. On or about September 10, 2021, Transcourt and Leprechaun entered into that certain Master Lease Agreement (together will all schedules, amendments, and related documents thereto, the "MLA") pursuant to which, among other things, Leprechaun would lease three (3) trailers (the "Trailers") from Transcourt. A true and correct copy of the MLA is attached hereto as **Exhibit A** and incorporated herein by reference.

6. Pursuant to the MLA, in exchange for the Trailers, rent is due monthly from Leprechaun via pre-authorized automatic payments. *See* MLA § 3.

7. Leprechaun rented Trailer #50309 from Transcourt beginning September 27, 2021 through September 26, 2017, with a base monthly payment of $1,200.

8. Leprechaun rented Trailer #50236 from Transcourt beginning November 29, 2021 through November 28, 2027, with a base monthly payment of $1,360.

9. Leprechaun rented Trailer #50253 from Transcourt beginning March 28, 2022 through March 27, 2029, with a base monthly payment of $1,650.

10. Beginning in July 2022, Transcourt initiated the allowed ACH transactions against Leprechaun's bank account for payment of the rent owed in connection with Leprechaun's rental of the Trailers.

11. Pursuant to the MLA, Leprechaun is in default for failure to pay $25,544.69 due under the MLA for July 2022-April 2023 for past due rent.

12. Pursuant to Section 13 of the MLA, failure to pay rent when due constitutes an event of default and must be cured immediately.

13. Pursuant to Section 14(a) of the MLA, because Leprechaun is in default, all remaining monthly payments outstanding under the MLA until the applicable termination dates are due, which totals $263,970.

14. On January 6, 2023, Transcourt sent a letter of default (the "Letter of Default") to Leprechaun, demanding satisfaction of the past due rent. A true and correct copy of the Letter of Default is attached hereto as **Exhibit B** and incorporated herein by reference.

15. On April 5, 2023, Transcourt sent a demand letter to Leprechaun (the "April 2023 Demand") pursuant to which Transcourt demanded, among other things, the return of the Trailers and satisfaction of all amounts due under the MLA. A true and correct copy of the April 2023 Demand is attached hereto as **Exhibit C** and incorporated herein by reference.

16. In April 2023, two of the Trailers were returned to Transcourt. However, upon arrival, it was determined after routine inspection that the returned Trailers had been damaged and repairs were necessary.

17. Section 14 of the Lease Agreement also provides, in pertinent part, that in the event of default, Transcourt "shall be entitled to payment of (c) all of [Transcourt's] reasonable costs and expenses incurred in enforcing such remedies including, without limitation, legal fees on a full indemnity basis."

18. Notwithstanding the Letter of Default and the April 2023 Demand, Leprechaun has not returned the final Trailer and it has not satisfied the amounts due and owing to Transcourt.

19. Consequently, Transcourt is entitled to recover damages from Leprechaun in an amount to be proven at trial of no less than $25,544.69 for past due rent, all remaining monthly payments outstanding under the MLA until the applicable termination dates are due, which totals

$263,970, plus repair costs incurred with the return of the Trailers not less than $5,542.78, plus pre-judgment and post-judgment interest, costs, and reasonable attorneys' fees.

## COUNT I – BREACH OF CONTRACT

20. Transcourt incorporates by reference the statements and allegations previously set forth in its Complaint as if fully rewritten herein.

21. Transcourt and Leprechaun entered into a valid and enforceable contract in the MLA.

22. Pursuant to the MLA, Leprechaun agreed to pay Transcourt for the use of the Trailers.

23. At all material times, Transcourt has fulfilled the conditions required of it under the MLA.

24. Leprechaun has breached its contractual obligations by failing to pay rent in accordance with the MLA.

25. As a result of Leprechaun's breach of its obligations and duties under the MLA, Transcourt has suffered damages and is entitled to recover from Leprechaun no less than Twenty Five Thousand Five Hundred Forty Four Thousand Dollars and Sixty-Nine Cents ($25,544.69) for past due rent, all remaining monthly payments outstanding under the MLA until the applicable termination dates are due, which totals Two Hundred Sixty Three Thousand Nine Hundred Seventy Dollars ($263,970), plus repair costs incurred with the return of the Trailers not less than Five Thousand Five Hundred Forty Two Dollar and Seventy-Eight Cents ($5,542.78), plus pre-judgment and post-judgment interest, costs, and reasonable attorneys' fees.

## COUNT II—CONVERSION

26. Transcourt incorporates by reference the statements and allegations previously set forth in its Complaint as if fully rewritten herein.

27. Leprechaun is exercising dominion over Trailer 50253, which is the property of Transcourt.

28. Leprechaun's dominion is wrongful because Leprechaun has no rightful claim to Trailer 50253.

29. Leprechaun's continued dominion and control over Trailer 50253 despite Transcourt's demand for the return of Trailer 50253 is in denial of Transcourt's right to Trailer 50253.

30. Leprechaun's conversion of Trailer 50253 has proximately caused significant damage to Transcourt.

31. Thus, Transcourt demands the return of Trailer 50253 from Leprechaun.

## PRAYER FOR RELIEF

WHEREFORE, based on the foregoing factual allegations and applicable legal theories, whether stated herein above or determined at a later time based upon the evidence presented at trial, Plaintiff Transcourt Tank Leasing Inc. respectfully requests a judgment in its favor and against Defendant Leprechaun Lane Transport Company, Inc. on all claims for relief and providing the following:

1. Return of missing Trailer 50253;

2. Damages in an amount not less than Twenty Five Thousand Five Hundred Forty Four Thousand Dollars and Sixty-Nine Cents ($25,544.69) for past due rent;

3. Damages in an amount not less than Two Hundred Sixty Three Thousand Nine Hundred Seventy Dollars ($263,970) for all remaining monthly payments outstanding under the MLA until the applicable termination dates are due;

4. Repair costs incurred with the return of the Trailers, not less than Five Thousand Five Hundred Forty Two Dollar and Seventy-Eight Cents ($5,542.78);

5. Pre- and post-judgment interest to the extent permitted by law;

6. Reasonable attorneys' fees and costs; and

7. All other just and appropriate relief determined by the Court.

## DEMAND FOR JURY TRIAL

Transcourt respectfully requests that all matters set forth in this Complaint so triable by tried by and before a jury.

| | |
|---|---|
| Dated: May 26, 2023<br>Wilmington, Delaware | **BENESCH, FRIEDLANDER,**<br>**COPLAN & ARONOFF LLP**<br><br>*/s/ Kevin M. Capuzzi*<br>Kevin M. Capuzzi (DE Bar #5462)<br>John C. Gentile (DE Bar #6159)<br>1313 N. Market Street, Suite 1201<br>Wilmington, Delaware 19801<br>Telephone:  (302) 442-7010<br>Email:  kcapuzzi@beneschlaw.com<br>           jgentile@beneschlaw.com<br><br>*Attorneys for Plaintiff Transcourt Tank Leasing Inc.* |