IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

TRANSCOURT TANK LEASING INC.,

                Plaintiff,

    v.

LEPRECHAUN LANE TRANSPORT COMPANY, INC.,

                Defendant.

Case No.: 1:23-cv-00577-RGA

[PROPOSED] FINAL JUDGMENT

**THIS MATTER** having come before the Court upon *Plaintiff's Motion for Default Final Judgment and Incorporated Memorandum of Law* (the "Motion")[1] filed by Plaintiff Transcourt Tank Leasing Inc. ("Plaintiff") against Defendant Leprechaun Lane Transport Company, Inc. ("Defendant"), pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and the Court having considered the moving papers and being fully advised, it is **ORDERED:**

    **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff in the amount of $54,918.01 ~~$318,888.01~~, that shall bear post-judgment interest to be calculated in accordance with 28 U.S.C. § 1961, commencing on the date of this Final Judgment.

    **ORDERED** this 19th day of April, 2024.

*/s/ Richard G. Andrews*
United States District Court Judge

---

[1] Capitalized terms used but not otherwise defined herein shall have the definitions ascribed to them in the Motion.